**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-4593

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LEVANDER MEADERS,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., District Judge. (CR-04-373)

Submitted:  January 25, 2006          Decided:  January 31, 2006

Before WILKINS, Chief Judge, and WILKINSON and NIEMEYER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

R. Deke Falls, BARNETT & FALLS, Charlotte, North Carolina, for Appellant.  Anna Mills Wagoner, United States Attorney, Kearns Davis, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Levander Meaders appeals his conviction and sentence for one count each of stealing firearms from a federally licensed firearm dealer, see 18 U.S.C.A. § 922(u) (West 2000); possession of stolen firearms, see 18 U.S.C.A. § 922(j) (West 2000); and being a felon in possession of a firearm, see 18 U.S.C.A. § 922(g)(1) (West 2000). Finding no error, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED